# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134767

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                       SC: 134767
                                       COA: 266805
                                       Lenawee CC: 05-011519-FC

JAMES JOSEPH GRABIEC,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 24, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2008

d0117

_____
Clerk